```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>BART PETTIJOHN, etc.,<br><br>                Defendants. | NO. C 04 2245 SI<br><br>ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR <u>JUDGMENT DEBTOR EXAM</u> |

IT IS HEREBY ORDERED that plaintiffs' Exparte Application for Reference to Magistrate Judge for Judgment Debtor Exam is granted and this matter is referred to Magistrate _____ for Hearing.

Dated:_____

_____
Judge Susan Illston

IT IS SO ORDERED
*signature*
Judge Susan Illston

<u>ORDER FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAM</u>