```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
                       UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
10
11  BOARD OF TRUSTEES OF THE BAY AREA  )   NO. C 04 2245 SI(EDL)
    ROOFERS, et al.,                   )
12                                     )
                         Plaintiffs,   )
13                                     )   ORDER OF EXAMINATION
                 vs.                   )
14                                     )
    BART PETTIJOHN, etc.,              )
15  et al.,                            )
                                       )
16                       Defendants.   )
    _____)
17
    To:  Bart Pettijohn, Custodian of Records of Judgment Debtor,
18       Best Around Roof Tops
         1263 Marlene Court
19       Rohnert Park, CA 949280
```

You the above named custodian of records of judgment debtor ARE HEREBY ORDERED to appear personally on Tuesday, January 24, 2005 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, CA , 15th Floor, Courtroom E, before the Magistrate Judge Elizabeth D. Laporte then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

ORDER OF EXAMINATION                                                1

      2.   Annual Financial Statements for 2004; all monthly financial statements for the same period and 2005;

      3.   Federal tax returns for the last two years;

      4.   All bank statements, deposit slips and canceled checks for all accounts for January 1, 2005 to date;

      5.   The last tax return filed with the Franchise Tax Board;

      6.   Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from July 1, 2005 to date;

      7.   All accounts receivable lists generated by the Company from July 1, 2005 to date;

      8.   Cash Disbursement Journals for 2005;

      9.   All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

      10.  All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

      11. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

////
////
////
////
////
////
////

ORDER OF EXAMINATION   2

1   NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2   TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3   AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5   JUDGMENT CREDITOR IN THIS PROCEEDING.

6   Dated: __December 7, 2005_____

7                                         _____
                                          Magistrate Judge Elizabeth D. Laporte

[Stamp: GRANTED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]

ORDER OF EXAMINATION                                                      3