| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [x] Recording requested by and return to:<br>ERSKINE & TULLEY<br>MICHAEL J. CARROLL (ST. BAR #50246)<br>220 MONTGOMERY ST. #303, SAN FRANCISCO, CA 94104 | (415) 392-5431 | |
| [x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Board of Trustees of the Bay Area Roofers, et al.

DEFENDANT: BART PETTIJOHN, ect.

| WRIT OF | [x] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF   [ ] Personal Property<br>[ ]                        [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C 04 2245 SI<br>FOR COURT USE ONLY |
|---|---|---|

1. To the Sheriff or any Marshal or Constable of the County of:
   Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Board of Trustees of the Bay Area Roofers, et al.
   is the [x] judgment creditor  [ ] assignee of record
   whose address is shown on this form above the court's name.
4. Judgment debtor (name and last known address):

   Bart Pettijohn
   Best Around Roof Tops
   1263 Marlene Court
   Rohnert Park, CA  94928

   [ ] additional judgment debtors on reverse
5. Judgment entered on (date): 4/1/05
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
   a. [x] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.
   [SEAL]

9.  [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ........................... $ 33,021.94
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $ -0-
13. Subtotal (add 11 and 12) ................. $ 33,021.94
14. Credits ................................... $ -0-
15. Subtotal (subtract 14 from 13) .......... $ 33,021.94
16. Interest after judgment (per filed affidavit CCP 685.050) ......................... $ -0-
17. Fee for issuance of writ ................. $ -0-
18. Total (add 15, 16, and 17) .............. $ 33,021.94
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of .......... $ 6.33
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.220(b),(j)) ..................... $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING
Issued on (date): 7/27/06    Clerk, by _ALFRED AMISTOSO_, Deputy

— NOTICE TO PERSON SERVED:  SEE REVERSE FOR IMPORTANT INFORMATION —
(Continued on reverse)

Form Approved by the
Judicial Council of California
EJ-130 [Rev. July 1, 1996]
JC Forms for HotDocs ™

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
*See note on reverse.