```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>BART PETTIJOHN, etc., et al.,<br><br>              Defendants. | NO. C 04 2245 SI(EDL)<br><br>ORDER OF EXAMINATION |

To:  Bart Pettijohn, Custodian of Records of Judgment Debtor,
     Best Around Roof Tops
     1263 Marlene Court
     Rohnert Park, CA 949280

     You the above named custodian of records of judgment debtor ARE HEREBY ORDERED to appear personally on <u>Tuesday, September 26, 2006</u> at <u>10:00</u> a.m. at <u>450 Golden Gate Avenue, San Francisco, CA</u>, <u>15th</u> Floor, Courtroom <u>E</u>, before the Magistrate Judge Elizabeth D. Laporte then and there to be examined on oath concerning your property or other matters material to the proceedings.

     You are ordered to bring with you the following documents:

ORDER OF EXAMINATION                                                           1

1       1.  All bank statements, deposits slips and canceled checks
2  for all accounts for January 1, 2006 to date;
3       2. The last tax return filed with the Franchise Tax
4  Board; and the Internal Revenue Service.
5       3.  Copies of all purchase orders, change orders accepted
6  bids, and contracts which relate in any way to work performed by
7  debtor during the period from January 1, 2006 to date;
8       4.  All accounts receivable lists generated by the
9  Company from January 1, 2006 to date;
10 ////
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

ORDER OF EXAMINATION                                              2

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND
2  PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND
3  PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  JUDGMENT CREDITOR IN THIS PROCEEDING.

6  Dated: July 31, 2006

7  _____
   Magistrate Judge Elizabeth D. Laporte



IT IS SO ORDERED
Judge Elizabeth D. Laporte

ORDER OF EXAMINATION                                                3